IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02835-BNB

KAREN ROCHELLE CAMPBELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER DRAWING CASE

On completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, it appears that this case is not appropriate for summary dismissal. The case, therefore, will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED November 8, 2011, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge