**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02835-AP

KAREN R. CAMPBELL,

      Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Karen R. Campbell | JOHN F. WALSH |
| 15625 E. 50th Avenue | United States Attorney |
| Denver, CO 80239 | |
| 720-434-4366 | KEVIN TRASKOS |
| Pro Se | Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Robert L. Van Saghi |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | (303) 844-1948 |
| | (303) 844-0770 (facsimile) |
| | robert.vansaghi@ssa.gov |

**2.** **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act,
42 U.S.C. § 405(g).

**3.** **DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:** 10/31/11
**B.  Date Complaint Was Served on U.S. Attorney's Office:** 11/17/11
**C. Date Answer and Administrative Record Were Filed:**  2/16/12

**4.** **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.** **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.** **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.** **OTHER MATTERS**

The parties state that there are no other matters.

**8.** **BRIEFING SCHEDULE**

The parties agreed to the following schedule:

**A.  Plaintiffs Opening Brief Due:**        04/16/12
**B.  Defendant's Response Brief Due:**     5/16/12
**C.  Plaintiffs Reply Brief (If Any) Due:** 5/31/12

**9.** **STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiffs Statement:** Plaintiff does not request oral argument.
**B.  Defendant's Statement:** Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States
Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR
CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY
SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED
UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD,
AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only
upon a showing of good cause.

DATED this 8th  of March 2012.

                                        BY THE COURT:


                                        *S/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

For Defendant:

For Plaintiff:

JOHN F. WALSH
United States Attorney

s/ Karen R. Campbell
KAREN R. CAMPBELL
15625 E. 50th Avenue
Denver, CO 80239
720-434-4366
Pro Se

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/Robert L. Van Saghi
Robert L. Van Saghi
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
robert.vansaghi@ssa.gov

4