IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-2835-AP**

**KAREN ROCHELLE CAMPBELL,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

On May 4, 2012, this Court issued an Order to Show Cause directing Plaintiff to show cause in writing on or before May 21, 2012, why this case should not be dismissed for failure to prosecute. To date, neither an Opening Brief nor a Response to the Order to Show Cause has been filed. It is, therefore

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, the parties to bear their own costs and fees.

Dated:  May 24, 2012

                                BY THE COURT:

                                *S/John L. Kane*
                                JOHN L. KANE, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT